UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA S. RABUFFO, D.V.M., : | |
| : | |
| Plaintiff, : | |
| v. : | No. 5:15-cv-06378 |
| : | |
| VCA SMOKETOWN ANIMAL HOSPITAL : | |
| a/k/a VCA ANTECH; SUSAN MYERS : | |
| TAYLOR; ANGELICA BARBAROSA, : | |
| : | |
| Defendants. : | |

**O R D E R**

**AND NOW**, this 8th day of August, 2016, upon consideration Defendant VCA's Partial Motion to Dismiss, ECF No, 29, **IT IS ORDERED THAT** the Motion, ECF No. 29, is **GRANTED**. Plaintiff's claim for Latex-Related Disability Discrimination, alleged in Count V of the Amended Complaint, is **DISMISSED with prejudice**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1