UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

TARA S. RABUFFO,                              :
                                              :
        Plaintiff,                    :
   v.                                         :   No. 5:15-cv-06378
                                              :
VCA, Inc.,                                    :
                                              :
        Defendant.                    :
_____

# O R D E R

**AND NOW,** this 23rd day of November, 2016, upon consideration of Defendant's Motion for Summary Judgment, ECF No. 43, and for the reasons stated in the accompanying Memorandum Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendant's Motion, ECF No. 43, is **GRANTED**;

2. Judgment is **ENTERED** in favor of Defendant and against Plaintiff;

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge